```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

CYNTHIA L. BALUSONG,            )
                                )
            Plaintiff,          )       4:07CV3087
                                )
       v.                       )
                                )
TRANSACTION APPLICATIONS        )       ORDER
GROUP (TAG), PEROT SYSTEMS,     )
and TECHNICAL MANAGEMENT,       )
INC. (TMI),                     )
                                )
            Defendants.         )
                                )
```

There being no opposition to the plaintiff's motion for leave to file a second amended complaint,

IT IS ORDERED,

Plaintiff's motion, filing 25, is granted and the second amended complaint shall be filed within five days.

DATED this 7th day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge