IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CYNTHIA L. BALUSONG, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3087 |
| | ) | |
| v. | ) | |
| | ) | |
| TRANSACTION APPLICATIONS | ) | ORDER |
| GROUP (TAG), PEROT SYSTEMS, | ) | |
| and TECHNICAL MANAGEMENT, | ) | |
| INC. (TMI), | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

The Rule 16 telephone planning conference is continued from today to August 9, 2007 at 10:30 a.m. Counsel shall submit their letters regarding mediation pursuant to paragraph 2 of the initial progression order to the undersigned prior to the conference.

DATED this 7th day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge