```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CYNTHIA L. BALUSONG, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3087 |
| | ) | |
| v. | ) | |
| | ) | |
| TRANSACTION APPLICATIONS | ) | ORDER |
| GROUP (TAG), PEROT SYSTEMS, | ) | |
| and TECHNICAL MANAGEMENT, | ) | |
| INC. (TMI), | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Plaintiff's motion for extension of deadline, filing 41, is granted and the deadline for plaintiff to disclose experts is extended to December 10, 2007.

DATED this 26th day of November, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge