```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CYNTHIA L. BALUSONG, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3087 |
| | ) | |
| v. | ) | |
| | ) | |
| TRANSACTION APPLICATIONS | ) | ORDER |
| GROUP (TAG), et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

1. Plaintiff's motion for extension of deadline, filing 43, is granted and plaintiff's deadline for disclosure of experts is extended to December 31, 2007.

2. Defendants' deadline for disclosure of experts is extended to January 22, 2008.

3. If necessary to refute the disclosed opinions of an expert witness of defendant, plaintiff may disclose additional experts not later than February 12, 2008.

DATED this 10th day of December, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge